Pages:   4

* * * * * * * * * * *

WILLIAM GEOFFROY

v.

TOWN OF WINCHENDON

* * * * * * * * * * * *

RECORDED TELEPHONE MESSAGE

from WILLIAM GEOFFROY

OCTOBER 9, 2011

DUNN REPORTING SERVICES, INC.
10 Milk Street, Suite 312
Boston, Massachusetts  02108
(617) 500-2122

ORIGINAL

1

2

3

4

5

### RECORDED TELEPHONE MESSAGE from

### WILLIAM GEOFFROY

#### OCTOBER 9, 2011

WILLIAM GEOFFROY:  Yeah, about two
o'clock in the morning.  Nice to see your fucking
boyfriend is still here.  How the hell can you
tell me you love me and fucking be fucking these
other guys or this other guy?  You know
something?  You need to get some fucking help.
That's how fucking people get hurt.  But anyways,
you don't have to worry about me, because I'm a
lot saner than that.

I can really empathize with the
fucking ex-boyfriends you've had and all the
fucking train wrecks you left behind in your
past.  It's fucking bullshit.  Fucking love me.
How the hell can you look me in the eye and tell
me you love me and you're fucking this other guy?
What is wrong with you?  You need some fucking
help.

I am fucking so fucking pissed right
now, but you know something?  You're not worth
losing my fucking job over.  I love you so much,

DUNN REPORTING SERVICES, INC.
(617) 500-2122

Geoffroy000195

3

1    you just fucking destroyed a fucking really good

2    guy.  You really did.  Absolutely destroyed me.

3          But anyways, have a good life.  Don't

4    fucking ever call me, don't fucking wave to me,

5    don't fucking text me, nothing.  There's

6    something fucking wrong with you.  You don't tell

7    people you love them and then fucking do what you

8    did, have been doing.  Goddamn it.

9          Anyways, yeah, I'm a little bit crazy

10   and I've had a few beers.  I'm really fucking

11   pissed.  You're lucky I didn't kick your fucking

12   door in, but it ain't worth losing my fucking job

13   over.  What the fuck is wrong with you?  You need

14   to be more straightforward with people and be

15   honest, stop whining to everybody.  You've got a

16   rough life ahead of you and I feel bad for you,

17   kid.

18         Well, anyways, my fucking feelings

19   don't matter anyways.  What the fuck, my -- I'm

20   just a piece of shit, apparently.  All right.

21   Have a nice life.

22

23

24

4

## C E R T I F I C A T E

This is to certify the foregoing is a true
and accurate transcript, to the best of my skill
and ability, of the recorded telephone message
from William Geoffroy on October 9, 2011.


_____          5/31/12
Lisa M. Cimmino                          Date
Notary Public

DUNN REPORTING SERVICES, INC.
(617) 500-2122

Geoffroy000197